McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RODOLFO RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-00197-GSA<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

        The parties stipulate by counsel that Defendant shall have an extension of thirty days, until November 18, 2020, to file his opposition to Plaintiff's opening brief. Good cause exists for this extension, as explained below.

        The originally assigned attorney for Defendant left the office, requiring reassignment to another attorney for filing. However, because of workload inconsistencies between the regional offices in the Office of General Counsel, an attorney in the Denver region has been assigned to brief this case, and the undersigned attorney for Defendant will review, revise, and file the opposition. Because this is a new procedure, the undersigned attorney for Defendant inadvertently delayed in informing the briefing attorney that Plaintiff had filed his opening brief,

and the briefing attorney will require an additional thirty days from the current due date to complete the opposition to Plaintiff's opening brief and share with the undersigned attorney for review and finalization before filing.

For all these reasons, Defendant requests an extension of thirty days to file his opposition to Plaintiff's opening brief. Plaintiff's counsel has no objection to this request.

Respectfully submitted October 15, 2020.

DATED: October 15, 2020 */s/ Jacqueline Forslund*
JACQUELINE FORSLUND
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: October 15, 2020    By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **October 16, 2020**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE